# Clifford Chance

**BY ECF**

Honorable Denise L. Cote                                     March 6, 2026
United States District Judge, SDNY
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:  United States v. Benjamin Taylor, S7 18 Cr. 184 (DLC)**

Dear Judge Cote:

Pursuant to the Court's Order, ECF 60, the parties propose that the plea and sentencing take place on Wednesday, May 27, 2026.  Alternatively, the parties are also available on Monday, June 1, or Friday, May 29.

The parties further propose that Mr. Taylor's sentencing submission be filed on Wednesday, April 15, 2026, and that the Government's sentencing submission be filed on Wednesday, May 6, 2026.

Respectfully submitted,

Celeste L.M. Koeleveld

cc:        AUSA Andrew Thomas

**Clifford Chance US LLP**
Two Manhattan West · 375 Ninth Avenue · New York, NY 10001
Tel +1 212.878.8000 · Direct Dial +1 212.878.3051 · celeste.koeleveld@cliffordchance.com · cliffordchance.com