UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :
                                    :        S7 18cr184-1 (DLC)
         -v-                        :
                                    :             ORDER
BENJAMIN TAYLOR,                    :
                                    :
                     Defendant.     :
                                    :
------------------------------------X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that a conference is scheduled in this

matter for **June 11, 2026 at 11:00 AM** in Courtroom 18B, 500 Pearl

Street.  At that conference, the defendant will be arraigned,

enter a change of plea, and if the plea is accepted, be

sentenced.

     IT IS FURTHER ORDERED that the defendant's submission

regarding sentence shall be due **May 15, 2026** and the

Government's submission shall be due **June 5.**  Counsel shall

provide one (1) courtesy copy of their submissions to the Court

by mail or delivery to the U.S. Courthouse, 500 Pearl Street,

New York, NY.

Dated:    New York, New York
          March 11, 2026

                         _____
                                 DENISE COTE
                         United States District Judge