

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

July 2, 2026

**BY ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re:   *United States v. Taylor*, *et al.*, **18 Cr. 184 (DLC)**

Dear Judge Cote:

The Government respectfully writes to supply the Court with the enclosed request for restitution received earlier today from a statutory victim of the offense. In addition to the restitution request, the Government also received legal billing records; the Government has transmitted those bills separately to Chambers and respectfully requests, in light of the included account numbers and victim information, that the Court receive and maintain those records under seal.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Andrew Thomas
Assistant United States Attorney
Southern District of New York
Tel: (212) 637-2106

Cc: All Counsel (via ECF and email)